| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **INRI Landscape Management Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | D/B/A North Georgia Grounds Crew |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-1862751** |
| **4.** | **Debtor's address** | **Principal place of business** **3840 Bolding Road** **Flowery Branch, GA 30542** Number, Street, City, State & ZIP Code **Hall** County | **Mailing address, if different from principal place of business** **PO Box 7296** **Chestnut Mountain, GA 30502** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: |

Debtor **INRI Landscape Management Inc.**     Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor   **INRI Landscape Management Inc.**                                          Case number (*if known*)
         Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | | ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☑ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☑ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **INRI Landscape Management Inc.** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____           **Stacey Braselton, President**
Signature of authorized representative of debtor    Printed name

Title _____

**18. Signature of attorney**

X _____           Date _____
Signature of attorney for debtor                                    MM / DD / YYYY

**Brad J. Patten Ga. Bar No. 566210**
Printed name

**Smith, Gilliam, Williams & Miles, P.A.**
Firm name

**P.O. Box 1098**
**Gainesville, GA 30503**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address **bpatten@sgwmfirm.com**

_____
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

Debtor name: **INRI Landscape Management Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Bankers Health Group, LLC<br>10234 W State Road 84<br>Davie, FL 33324 | | all property | | $2,648.00 | $0.00 | $2,648.00 |
| EBF Holdings, LLC d/b/a Everest Business Funding<br>102 W 38th Street, 6th Floor<br>New York, NY 10018 | | business loan | | | | $39,615.00 |
| First Citizens Equipment<br>P.O. Box 26592 DAC 20<br>Raleigh, NC 27611-6592 | | 2021 1500 Chevrolet truck | | $29,080.40 | $0.00 | $9,080.40 |
| First Citizens Equipment<br>P.O. Box 26592<br>North Attleboro, MA 02761-6592 | | 2023 Chevrolet Landscape Truck | | $88,788.06 | $0.00 | $18,788.06 |
| First Citizens Equipment<br>P.O. Box 26592 DAC 20<br>Raleigh, NC 27611-6592 | | 2023 Truck Bed | | $10,797.40 | $0.00 | $10,797.40 |
| Funding Circle<br>PO Box 1719<br>Portland, OR 97207 | | business loan | | | | $13,061.03 |

Debtor **INRI Landscape Management Inc.**                     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Headway Capital, LLC** 175 W.Jackson Blvd. Suite 1000 Chicago, IL 60604 | | business loan | | | | $8,850.36 |
| **John Deere** P.O. Box 4450 Carol Stream, IL 60197-4450 | | 2021 compact loader, Gyro-Trac 500HF | | $84,059.36 | $40,000.00 | $44,059.36 |
| **John Deere Finance** P.O. Box 4450 Carol Stream, IL 60197-4450 | | repairs, equipment | | | | $18,667.00 |
| **Kapitus LLC** Kapitus Servicing 2500 Wilson, Blvd., Suite 350 Arlington, VA 22201 | announcements@kapitus.com | Accounts, inventory, goods, machinery, equipment, and various other assets | | $49,372.00 | $0.00 | $49,372.00 |
| **Kyle Doster** 216 Magnolia Pointe Drive Gillsville, GA 30543 | | Fixtures and Equipment located at 5867 Ga Hwy 124, Hoschton, Ga. | Disputed | $73,076.5 | $73,076.59 | $0.00 |
| **Marcus Goldman Sachs** GMC Mastercard P.O. Box 70321 Philadelphia, PA 19176 | | business related-materials, fuel, office | | | | $6,302.00 |
| **North Mill Credit** 9 Executive Circle Suite 230 Irvine, CA 92614 | | 2017 John Deere track loader, 2017 Ventrac loader 4500Z, 2018 Vermeer CTX100, 2020 Vermeer BC900XL, trailer mounted brush chippers | | $242,287.04 | $97,500.00 | $144,787.04 |
| **Ondeck Finance, Celtic Bank** Attn: Director of Operations 901 N Stuart Street, Suite 700 Arlington, VA 22203 | | business loan | | | | $91,384.48 |
| | | | | | | |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 2

Debtor    **INRI Landscape Management Inc.**        Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim   If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Reliance Financial Lieberman & Klestzixk 381 Sunrise Hwy, Ste 302 Lynbrook, NY 11563** | | | | | | $26,000.00 |
| **Truist Bank P.O. Box 791622 Baltimore, MD 21279** | | | | | | $11,808.00 |
| **WebBank PAYPAL 215 S. State St., Suite 1000 Salt Lake City, UT 84111** | | business loan | | | | $20,786.86 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

```
Ally Financial
P.O.Box 660109
Dallas, TX 75266-0109



Bankers Health Group, LLC
10234 W State Road 84
Davie, FL 33324



Brent Lamb
1693 Old Mitchell Rd.
Gibson, GA 30810



EBF Holdings, LLC d/b/a
Everest Business Funding
102 W 38th Street, 6th Floor
New York, NY 10018



Exxon Mobil Credit
P.O. Box 78072
Phoenix, AZ 85062-8072



First Citizens Equipment
P.O. Box 26592
North Attleboro, MA 02761-6592



First Citizens Equipment
P.O. Box 26592 DAC 20
Raleigh, NC 27611-6592



Funding Circle
PO Box 1719
Portland, OR 97207



GM Financial
P.O. Box 78143
Phoenix, AZ 85062
```

```
Headway Capital, LLC
175 W.Jackson Blvd.
Suite 1000
Chicago, IL 60604



John Deere
P.O. Box 4450
Carol Stream, IL 60197-4450



John Deere Finance
P.O. Box 4450
Carol Stream, IL 60197-4450



Kapitus LLC
Kapitus Servicing
2500 Wilson, Blvd., Suite 350
Arlington, VA 22201



Kyle Doster
216 Magnolia Pointe Drive
Gillsville, GA 30543



Marcus Goldman Sachs
GMC Mastercard
P.O. Box 70321
Philadelphia, PA 19176



North Mill Credit
9 Executive Circle
Suite 230
Irvine, CA 92614



Ondeck Finance, Celtic Bank
Attn: Director of Operations
901 N Stuart Street, Suite 700
Arlington, VA 22203
```

```
Rapid Finance
4500 East WEest Hwy
6th Floor
Bethesda, MD 20824


Reliance Financial
Lieberman & Klestzixk
381 Sunrise Hwy, Ste 302
Lynbrook, NY 11563


Stacey Braselton
PO Box 7296
Chestnut Mountain, GA 30502


Stacey Brasleton
P.O. Box 7296
Chestnut Mountain, GA 30502


Truist Bank
P.O. Box 791622
Baltimore, MD 21279


US Small Business Administion
2 North 20th Street
Suite 320
Birmingham, AL 35203


WebBank
PAYPAL
215 S. State St., Suite 1000
Salt Lake City, UT 84111
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **INRI Landscape Management Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **INRI Landscape Management Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Stacey Braselton**  
**PO Box 7296**  
**Chestnut Mountain, GA 30502**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 13, 2025** | **/s/ Brad J. Patten** |
| Date | **Brad J. Patten Ga. Bar No. 566210** |
| | Signature of Attorney or Litigant |
| | Counsel for  **INRI Landscape Management Inc.** |
| | **Smith, Gilliam, Williams & Miles, P.A.** |
| | **P.O. Box 1098** |
| | **Gainesville, GA 30503** |
| | **bpatten@sgwmfirm.com** |